STATE OF NEW YORK         )
                                              SS.:
COUNTY OF NEW YORK   )

VIPIN VARGHESE, being sworn, says: I am not a party to the action, am over 18 years of age and reside in Brooklyn, New York. On the 3rd day of May, 2007, I served plaintiffs' **SUMMONS and COMPLAINT and JUDGES' RULES** to the following party by depositing a true copy thereof in a post-paid wrapper, registered mail with return receipt requested, in an official depository under the exclusive care and custody of the United States Postal Service within New York State, addressed to the following persons at the last known address set forth after each name below:

TO:   Atlantic Sheet Pile Inc.
        142 Bamm Hollow Road
        Middletown, NJ 07748

_____
VIPIN VARGHESE

Sworn to before me this
3rd day of May, 2007

_____
NOTARY PUBLIC

JASON FUIMAN
Notary Public, State of New York
No. 02FU6104740
Qualified in New York County
Commission Expires January 26, 20__