UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
THE NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS PENSION FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS WELFARE
FUND, NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS VACATION FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS ANNUITY
FUND, NEW YORK CITY DISTRICT COUNCIL
OF CARPENTERS APPRENTICESHIP, JOURNEYMAN
RETRAINING, EDUCATIONAL AND INDUSTRY
FUND, NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS CHARITY FUND, and THE NEW YORK
CITY AND VICINITY CARPENTERS LABOR
MANAGEMENT COOPERATION FUND, by
MICHAEL J. FORDE, and PAUL O'BRIEN,
as TRUSTEES

07 CV 3367 (RPP)
ECF CASE

**CLERKS CERTIFICATE**

         Plaintiffs,

  -against-

ATLANTIC SHEET PILE INC.,

         Defendant.
------------------------------------------------------------------X

  I, J. MICHAEL MCMAHON, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action commenced on April 27, 2007 by filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on the defendant, Atlantic Sheet Pile Inc. on May 10, 2007, by delivering one (1) true copy thereof to Charee Hendricks, an authorized clerk in the Office of the Secretary of State of the State of New York, and proof of service being filed on May 30, 2007, and by registered mail to Atlantic Sheet Pile Inc., 142 Bamm Hollow Road, Middletown, NJ 07748 on May 3, 2007, and proof of service being filed on May 7, 2007.

  I further certify that the docket entries indicate that the defendant has not filed an answer or otherwise moved with respect to complaint herein. The default of the defendant is hereby noted.

Dated: 6/27/07
New York, New York

         **J. MICHAEL MCMAHON**
         Clerk of the Court

         By: _____
           Deputy Clerk