UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
THE NEW YORK CITY DISTRICT COUNCIL
OF CARPENTERS PENSION FUND, NEW
YORK CITY DISTRICT COUNCIL OF
CARPENTERS WELFARE FUND, NEW YORK
CITY DISTRICT COUNCIL OF CARPENTERS
VACATION FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
ANNUITY FUND, NEW YORK CITY DISTRICT
COUNCIL OF CARPENTERS APPRENTICESHIP,
JOURNEYMAN RETRAINING, EDUCATIONAL
AND INDUSTRY FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS CHARITY
FUND, and THE NEW YORK CITY AND VICINITY
CARPENTERS LABOR MANAGEMENT
COOPERATION FUND, by MICHAEL J. FORDE and
PAUL O'BRIEN, as TRUSTEES,

07 CV 3367 (RPP)
ECF CASE

**AFFIDAVIT OF
SERVICES**

                                    Plaintiffs,

                   -against-

ATLANTIC SHEET PILE INC.,

                                    Defendant.
------------------------------------------------------------------------X
STATE OF NEW YORK          )
                          :SS.:
COUNTY OF NEW YORK         )

ANDREW GRABOIS, being duly sworn, deposes and says:

1. I am a member of the Bar of this Court and am associated with the firm of O'Dwyer &
Bernstien, LLP, attorneys for plaintiffs herein and submit this affidavit in support of the instant
application for default judgment and order.

2. On April 26, 2007, Vipin Varghese, a paralegal in this office, drafted a complaint, cover
sheet and other required documents and prepared them for filing with the Clerk of the Court. He spent
1.0 hours on this matter at a billing rate of $115.00 per hour, for a total of $115.00 in attorneys' fees.

3.  On April 27, 2007, your deponent reviewed and finalized the aforementioned documents. I spent 0.5 hours on this matter at a billing rate of $320.00 per hour for a total of $160.00 in attorneys' fees.

4.  On April 27, 2007, Mr. Varghese filed the aforementioned documents with the Clerk of the Court and on the Electronic Case Filing system. He spent 1.0 hours on this matter at a billing rate of $115.00 per hour, for a total of $115.00 in attorneys' fees.

5.  On May 3, 2007, Mr. Varghese prepared and mailed the aforementioned documents for service of process through the Department of State and by registered mail. He spent 1.5 hours on this matter at a billing rate of $115.00 per hour for a total of $172.50 in attorneys' fees.

6.  On May 7, 2007, Mr. Varghese prepared and filed the affidavit of service by registered mail with the Court and on the ECF system. He spent 0.5 hours on this matter at a billing rate of $115.00 per hour for a total of $57.50 in attorneys' fees.

7.  On May 30, 2007, Mr. Henderson prepared and filed the affidavit of service with the Court and on the ECF system. He spent 0.5 hours on this matter at a billing rate of $115.00 per hour for a total of $57.50 in attorneys' fees.

8.  On July 2, 2007, Ian Henderson, a paralegal in this office, prepared the default documents, including a proposed default judgment and notice of motion and affidavit of services rendered. He spent a total of 4.0 hours on this matter. The billing rate for matters of this nature is $115.00 per hour for a total of $460.00 in attorneys' fees.

9.  On July 2, 2007, your deponent reviewed and finalized the aforementioned default documents. I spent 0.5 hours, at a billing rate of $320.00 per hour for a total of $160.00 in attorneys' fees.

10. The cost of the process server to effectuate service of process was $71.00.

WHEREFORE, deponent respectfully requests allowance of attorneys' fees in the sum of

$1,297.50 and costs arising out of this action in the amount of $71.00 for a total of $1,368.50

_____
ANDREW GRABOIS (AG 3192)

Sworn to before me this
2nd day of July, 2007

_____
NOTARY PUBLIC

PATRICIA CRISCUOLI
Notary Public, State of New York
No. 24-4976573
Qualified in Richmond County
Commission Expires 1/14/2011

3