UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
THE NEW YORK CITY DISTRICT COUNCIL
OF CARPENTERS PENSION FUND, NEW
YORK CITY DISTRICT COUNCIL OF
CARPENTERS WELFARE FUND, NEW YORK
CITY DISTRICT COUNCIL OF CARPENTERS
VACATION FUND, NEW YORK CITY                        07 CV 3367 (RPP)
DISTRICT COUNCIL OF CARPENTERS                      ECF CASE
ANNUITY FUND, NEW YORK CITY DISTRICT
COUNCIL OF CARPENTERS APPRENTICESHIP,               **DEFAULT JUDGMENT**
JOURNEYMAN RETRAINING, EDUCATIONAL
AND INDUSTRY FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS CHARITY
FUND, and THE NEW YORK CITY AND VICINITY
CARPENTERS LABOR MANAGEMENT
COOPERATION FUND, by MICHAEL J. FORDE
and PAUL O'BRIEN, as TRUSTEES,

                                    Plaintiffs,

            -against-

ATLANTIC SHEET PILE INC.,

                                    Defendant.
-------------------------------------------------------------------------X

This action having been commenced on April 27, 2007 by the filing of a Summons and Complaint, and a copy of the Summons and Complaint having been served on the defendant Atlantic Sheet Pile Inc. on May 10, 2007 by delivering one (1) true copy of the same to the Secretary of the State of New York, pursuant to Section 307 of New York Business Corporation Law, and a proof of service having been filed on May 30, 2007, and by registered mail on May 3, 2007, and a proof of service having been filed on May 7, 2007, and the defendant not having answered the Complaint, and the time for answering the Complaint having expired, and the Clerk of the Court having issued its certificate of default on June 27, 2007, it is

ORDERED, ADJUDGED AND DECREED: That the Plaintiffs have judgment against Defendant, pursuant to the arbitration award, in the liquidated amount of $2,400.00, representing costs and fees arising out of the arbitration, in addition to attorneys' fees and costs arising out of this action in the amount of $1,368.50 for a total of $3,768.50 and that Atlantic Sheet Pile Inc. and its officers are ordered to produce any and all books and records relating to Atlantic Sheet Pile Inc. for the period of July 1, 2003 through January 19, 2007.

Dated: _____
      New York, New York

                                              _____
                                              Honorable Robert P. Patterson
                                              United States District Judge

                                              This document was entered on the docket
                                              on _____.