STATE OF NEW YORK        )
                         :SS.:
COUNTY OF NEW YORK   )

    IAN K. HENDERSON, being duly sworn, deposes and says: I am not a party to the action, am over 18 years of age and reside in Queens, New York. On the 2nd day of July, 2007, I served plaintiffs' **NOTICE OF MOTION and SUPPORTING DOCUMENTATION** to the following party by depositing a true copy thereof in a post-paid wrapper, in an official depository, under the exclusive care and custody of the United States Postal Service within New York State, addressed to the following person at the last known address set forth after the name below:

TO:    Atlantic Sheet Pile Inc.
        142 Bamm Hollow Road
        Middletown, NJ 07748

                                              IAN K. HENDERSON

Sworn to before me this
2nd day of July 2007

_____
NOTARY PUBLIC

ANDREW GRABOIS
Notary Public, State of New York
No. 02GR6127051
Qualified in New York County
Commission Expires May 23, 2009