USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/11/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
THE NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS PENSION FUND, NEW YORK
CITY DISTRICT COUNCIL OF CARPENTERS
WELFARE FUND, NEW YORK CITY DISTRICT
COUNCIL OF CARPENTERS VACATION FUND,
NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS ANNUITY FUND, NEW YORK
CITY DISTRICT COUNCIL OF CARPENTERS
APPRENTICESHIP, JOURNEYMAN RETRAINING,
EDUCATIONAL AND INDUSTRY FUND,
NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS CHARITY FUND, and THE NEW
YORK CITY AND VICINITY CARPENTERS
LABOR MANAGEMENT COOPERATION FUND,
by MICHAEL J. FORDE and PAUL O'BRIEN, as
TRUSTEES,

07 Civ. 3367 (RPP)

**ORDER**

Plaintiffs,

- against -

ATLANTIC SHEET PILE, INC.,

Defendants.
------------------------------------------------------------------X

**ROBERT P. PATTERSON, JR., U.S.D.J.**

Defendant Atlantic Sheet Pile, Inc. must file any opposition papers to the motion for default judgment dated July 2, 2007, on or before July 18, 2007 at 9:30 a.m. In the absence of any opposition, the motion for default judgment will be granted on that date.

IT IS SO ORDERED

Dated: New York, New York
July 11, 2007

_____
Robert P. Patterson, Jr.
U.S.D.J.

Copy of this Order sent to:

Attorneys for Plaintiffs

O'Dwyer & Bernstien, LLP
52 Duane Street, 5th Floor
New York, NY 10007
Attn: Andrew Grabois, Esq.
Tel:   212-571-7100

Atlantic Sheet Pile, Inc.
142 Bamm Hollow Road
Middletown, NJ 07748

2